UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN TIRADO,

    Plaintiff,

v.

                              Case No._____

AMSHER COLLECTION SERVICES INC,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, AmSher Collection Services, Inc. (AmSher), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Tenth Judicial Circuit, in and for Polk County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  The removal of this civil case is proper because:

    1.    AmSher is a named defendant in this civil action filed by plaintiff, Kevin Tirado (plaintiff), in the County Court of Tenth Judicial Circuit, in and for Polk County, Florida, titled *Kevin Tirado v. AmSher Collection Services Inc.,* Case No. 2021-CC-005793-0000-00 (hereinafter the "State Court Action").

    2.    AmSher removes this case on the basis of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, as plaintiff's complaint claims relief based on alleged practices in violation of federal law.

1

3. Pursuant to 28 U.S.C. § 1446(b), AmSher has timely filed this Notice of Removal. AmSher was served with plaintiff's complaint on December 16, 2021. This Notice of Removal is filed within 30 days of receipt of the complaint.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of Tenth Judicial Circuit, in and for Polk County, Florida.

WHEREFORE, defendant, AmSher Collection Services, Inc., hereby removes to this Court the State Court Action.

Dated: January 5, 2022                Respectfully Submitted,

/s/Ashley Wydro
Ashley Wydro, Esq.
Florida Bar No. 0106605
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 440-5327
Facsimile: (877) 334-0661
awydro@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*AmSher Collection Services, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 5, 2022, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.<br>
Thomas J. Patti, Esq.<br>
The Law Offices of Jibrael S. Hindi<br>
110 SE 6th Street, Suite 1744<br>
Fort Lauderdale, FL 33301<br>
jibrael@jibraellaw.com<br>
tom@jibraellaw.com

*/s/ Ashley Wydro*
Attorney